**Jefferson County
District Clerk's Office**

1085 Pearl Street
Room 203
Beaumont, TX 77701
409-835-8580
Fax 409-835-8527



**JAMIE SMITH
District Clerk**

**Family Law Division**
409-835-8653

**Child Support**
P.O. Box 3586
Beaumont, TX 77704
409-835-8425
Fax 409-835-8755

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
12/13/2017 2:04:09 PM
CAROL ANNE HARLEY
Clerk

December 13, 2017

**9th Court of Appeals**

**RE: Trial Court Case#:**    **F-225,282**
       **Case Number:**      **09-17-00415-CV**

Clerks Records have not been filed due to nonpayment of fees. Invoice for $139.00 was mailed to Appellant to address which was provided.

Sincerely,

Cheryl Rivers
Deputy Clerk
District Clerk Office